**REESE RICHMAN LLP**
Michael R. Reese (206773)
michael@reeserichman.com
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: (212) 579-4625
Facsimile: (212) 253-4272

**WHATLEY DRAKE & KALLAS, LLC**
Deborah Clark-Weintraub
dweintraub@wdklaw.com
1540 Broadway, 37th Floor
New York, New York 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

*Counsel for Plaintiffs*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY YOUNG; ODETTA YOUNG; EDWARD HUYER and CONNIE HUYER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>vs.<br><br>WELLS FARGO & CO., and WELLS FARGO HOME MORTGAGE, INC.<br><br>        Defendants. | Case No. _____<br><br>**CERTIFICATION OF INTERESTED PARTIES OR ENTITIES** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:    August 5, 2008

Respectfully submitted,

_/s/ Michael Reese_
REESE RICHMAN LLP
Michael R. Reese
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: (212) 579-4625
Facsimile: (212) 572-4272

WHATLEY DRAKE
 & KALLAS, LLC
Deborah Clark-Weintraub
1540 Broadway, 37th Floor
New York, New York 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

WHATELY DRAKE
 & KALLAS, LLC
Sara Hacker
2001 Park Place North, Suite 1000
Birmingham, Alabama 35203
Telephone: (205) 488-1204
Facsimile: (205) 328-9669

STROM LAW FIRM, LLC
J. Preston Strom, Jr.
Mario Pacella
2110 N. Beltline Blvd., Suite A
Columbia, South Carolina 29204
Telephone: (803) 252-4800
Facsimile: (803) 252-4801

*Attorneys for Plaintiffs*