AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY YOUNG; ODETTA YOUNG; EDWARD HUYER and CONNIE HUYER, on behalf of themselves and all others similarly situated<br>Plaintiff<br>v.<br>WELLS FARGO & CO, and WELLS FARGO HOME MORTGAGE, INC.<br><br>Defendant | CV 08 3735<br><br>Civil Action No.<br><br>SI |

E-filing

### Summons in a Civil Action

To: Wells Fargo & Co, and Wells Fargo Home Mortgage, Inc.

*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Michael R. Reese
> Reese Richman LLP
> 230 Park Avenue, 10th Floor
> New York, New York 10169
> Telephone: (212) 579-4625

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __AUG - 5 2008__

Richard W. Wieking
Name of clerk of court
HELEN L. ALMACEN

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*