

Clerk's Use Only

Initial for fee pd.:

Deborah Clark-Weintraub
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Tel: 212-447-7070

FILED

08 AUG 13 AM 11: 30

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREGORY YOUNG; ODETTA YOUNG;
EDWARD HUYER and CONNNIE HUYER,
on behalf of themselves and all others similarly
situated

Plaintiff(s),

v.

WELLS FARGO & CO., and WELLS FARGO
HOME MORTGAGE, INC.

Defendant(s).      /

**CASE NO.** 08-3735 SI

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3,    Deborah Clark-Weintraub    , an active member in

good standing of the bar of    the State of New York    , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing   Plaintiffs Gregory Young, Odetta Young, Edward Huyer and Connie Huyer    in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest
      court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
      Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
      become familiar with the Local Rules and the Alternative Dispute Resolution
      programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who
      maintains an office within the State of California has been designated as co-
      counsel in the above-entitled action. The name, address and telephone number of
      that attorney is:    Kate J. Stoia (Cal Bar No. 183471)
                           Reese Richman LLP
                           38 Ord Street
                           San Francisco, California 94114
                           (415) 260-0147

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    8/12/2008

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022357
Cashier ID: sprinka
Transaction Date: 08/13/2008
Payer Name: whatley drake and kallas
------------------------------------
PRO HAC VICE
 For: whatley drake and kallas
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1113
 Amt Tendered:  $210.00
------------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:       $0.00

08-3735si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

UNITED STATES  DISTRICT COURT

Northern District of California

GREGORY YOUNG; ODETTA YOUNG;
EDWARD HUYER and CONNNIE HUYER,
on behalf of themselves and all others similarly
situated

                         Plaintiff(s),

   v.

WELLS FARGO & CO., and WELLS FARGO
HOME MORTGAGE, INC.


                        Defendant(s).
_____/

**CASE NO.**  08-3735 SI

**(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

           Deborah Clark-Weintraub            , an active member in good standing of the bar of

   the U.S. District Court, Southern District of New York    whose business address and telephone number

(particular court to which applicant is admitted)

is           Deborah Clark-Weintraub
            Whatley Drake & Kallas, LLC
            1540 Broadway, 37th Floor
            New York, NY 10036
            Tel: 212-447-7070

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Plaintiffs Gregory Young, Odetta Young,
                                              Edward Huyer and Connie Huyer.

    IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*


Dated:

                                             _____
                                         United States District    Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**