UNITED STATES DISTRICT COURT

Northern District of California

GREGORY YOUNG; ODETTA YOUNG;
EDWARD HUYER and CONNNIE HUYER,
on behalf of themselves and all others similarly situated

Plaintiff(s),

v.

WELLS FARGO & CO., and WELLS FARGO HOME MORTGAGE, INC.

Defendant(s).

CASE NO. 08-3735 SI

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Deborah Clark-Weintraub, an active member in good standing of the bar of the U.S. District Court, Southern District of New York whose business address and telephone number (particular court to which applicant is admitted) is

Deborah Clark-Weintraub
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Tel: 212-447-7070

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Gregory Young, Odetta Young, Edward Huyer and Connie Huyer.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District Judge