1  MARK D. LONERGAN (State Bar No. 143622)
   MICHAEL J. STEINER (State Bar No. 112079)
2  JOSHUA E. WHITEHAIR (State Bar No. 244900)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendants
   WELLS FARGO & CO. and
7  WELLS FARGO HOME MORTGAGE
   Appearing Specially

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  GREGORY YOUNG; ODETTA YOUNG;          Case No.: CV 083735 SI
    EDWARD HUYER and CONNIE HUYER,
13  on behalf of themselves and all others    **STIPULATION EXTENDING TIME**
    similarly situated,                       **FOR DEFENDANTS TO FILE**
14                                            **RESPONSE TO COMPLAINT**
                Plaintiffs,
15                                            **CIVIL L.R. 6-1(a)**
         vs.
16
    WELLS FARGO & CO., and WELLS            Complaint Date: August 5, 2008
17  FARGO HOME MORTGAGE, INC.,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

07685/0196/685318.1

1    IT IS HEREBY STIPULATED by and between the parties, through their respective

2  counsel of record, that the response of Defendants Wells Fargo & Co. and Wells Fargo Home

3  Mortgage ("Defendants") to the putative class action complaint of Plaintiffs Gregory and Odetta

4  Young and Edward and Connie Huyer ("Plaintiffs") may be filed on October 3, 2008.

5    Pursuant to Civil Local Rule 6-1(a), a stipulation extending the time within which to

6  answer or otherwise respond to a complaint in an action is permitted without order of the Court,

7  provided the extension will not alter the date of any event or any deadline already fixed by Court

8  order.

9    This stipulation will not alter any Court imposed date or deadline and is without

10  prejudice to the rights, claims, defenses and arguments of all parties.

11  DATED: August _26_, 2008          WHATLEY DRAKE & KALLAS, LLC

12

13                                    By: _____

14                                        Deborah Clark-Weintraub

15                                    Attorneys for Plaintiffs
                                       GREGORY YOUNG, ODETTA YOUNG,
                                       EDWARD HUYER and CONNIE HUYER
16

17  DATED: August _26_, 2008          SEVERSON & WERSON
                                       A Professional Corporation
18

19

20                                    By: _____
                                          Joshua E. Whitehair
21                                    Attorneys for Defendants
                                       WELLS FARGO & CO. and WELLS FARGO
22                                     HOME MORTGAGE
                                       Appearing Specially
23

24

25

26

27

28

07685/0196/685318.1