1  MARK D. LONERGAN (State Bar No. 143622)
   MICHAEL J. STEINER (State Bar No. 112079)
2  JOSHUA E. WHITEHAIR (State Bar No. 244900)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA  94111
   Telephone:  (415) 398-3344
5  Facsimile:  (415) 956-0439

6  Attorneys for Defendants
   WELLS FARGO & CO. and
7  WELLS FARGO HOME MORTGAGE
   Appearing Specially

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  GREGORY YOUNG; ODETTA YOUNG;          Case No.:  CV 083735 SI
    EDWARD HUYER and CONNIE HUYER,
13  on behalf of themselves and all others    **CERTIFICATE OF SERVICE RE:**
    similarly situated,                       **STIPULATION EXTENDING TIME**
14                                            **FOR DEFENDANTS TO FILE**
                   Plaintiffs,                **RESPONSE TO COMPLAINT**
15
          vs.
16
    WELLS FARGO & CO., and WELLS          Complaint Date:  August 5, 2008
17  FARGO HOME MORTGAGE, INC.,

18                 Defendants.

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSE TO COMPLAINT**

on all interested parties in said case addressed as follows:

J. Preston Strom
Strom Law Firm, L.L.C.
2110 Beltline Blvd., Suite A
Columbia, SC 29204

Mario A. Pacella
Strom Law Firm, LLC
2110 Beltline Boulevard, Suite A
Columbia, SC 29204

Sara Hacker
Whately Drake & Kallas, LLC
2001 Park Place North, Suite 1000
Birmingham, AL 35203

✕ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on August 26, 2008.

/s/ *Marilyn C. Li*
Marilyn C. Li