AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY YOUNG; ODETTA YOUNG; EDWARD HUYER and CONNIE HUYER, on behalf of themselves and all others similarly situated<br>Plaintiff<br>v.<br>WELLS FARGO & CO, and WELLS FARGO HOME MORTGAGE, INC.<br><br>Defendant | ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.   CV 08 3735 SI |

**Summons in a Civil Action**

To:   Wells Fargo & Co, and Wells Fargo Home Mortgage, Inc.

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

>   Michael R. Reese
>   Reese Richman LLP
>   230 Park Avenue, 10th Floor
>   New York, New York 10169
>   Telephone: (212) 579-4625

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  AUG 5 2008

Richard W. Wieking
Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| *Attorney or Party without Attorney:*<br>Michael R. Reese, Esq.<br>Reese Richman LLP<br>230 Park Avenue, 10th Floor<br>New York, NY 10169<br>*Telephone No:* 212-579-4625    *FAX No:* 212-253-4272 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
United Stated District Court - Northern District Of California

*Plaintiff:* Gregory Young, et al.
*Defendant:* Wells Fargo & Co. et al.

| **PROOF OF SERVICE**<br>**Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV083735SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Civil Cover Sheet; Certification Of Interested Parties Or Entities; Order Setting Initial Case Management Conference And Adr Deadlines; Case Management Conference Order; Ecf Registration Handout; Local Guidelines; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Lawsuit & Request For Waiver Of Service Of Summons(Blank); Standing Orders For All Judges; Judge Illston's Standing Order; Instructions For Completion Of Adr Forms; Dispute Resolution Procedures

3. a. *Party served:*   Wells Fargo Home Mortgage, Inc.
   b. *Person served:*   Becky DeGeorge, Person Authorized to Accept Service

4. *Address where the party was served:*   CSC Lawyers
   2730 Gateway Oaks Dr. # 100
   Sacramento, CA 95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Aug. 14, 2008 (2) at: 11:05AM

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Paul Goucher
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Fri, Aug. 15, 2008

   *(Paul Goucher)*

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons/Complaint

miree.103880

| Attorney or Party without Attorney:<br>Michael R. Reese, Esq.<br>Reese Richman LLP<br>230 Park Avenue, 10th Floor<br>New York, NY 10169<br>Telephone No: 212-579-4625    FAX No: 212-253-4272 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United Stated District Court - Northern District Of California

Plaintiff: Gregory Young, et al.
Defendant: Wells Fargo & Co. et al.

| **PROOF OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV083735SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Civil Cover Sheet; Certification Of Interested Parties Or Entities; Order Setting Initial Case Management Conference And Adr Deadlines; Case Management Conference Order; Ecf Registration Handout; Local Guidelines; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Lawsuit & Request For Waiver Of Service Of Summons(Blank); Standing Orders For All Judges; Judge Illston's Standing Order; Instructions For Completion Of Adr Forms; Dispute Resolution Procedures

3. a. Party served:             Wells Fargo & Co.
   b. Person served:            Deaira T. Ammons, Person Authorized to Accept Service

4. Address where the party was served:    Legal Department
                                          45 Fremont Street
                                          San Francisco, Ca 94105

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Aug. 14, 2008 (2) at: 12:20PM

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Adrienne J. St. John                        d. *The Fee for Service was:*
   b. Class Action Research & Litigation          e. I am: (3) registered California process server
       P O Box 740                                    (i) Independent Contractor
       Penryn, CA 95663                               (ii) Registration No.: 167 986
   c. (866) 663-9590, FAX (866) 663-4955              (iii) County:            San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Aug. 15, 2008

                                                                  (Adrienne J. St. John)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007            PROOF OF SERVICE
                                                   Summons/Complaint                          miree.103879