Clerk's Use Only

Initial for fee pd.:

_____

Sara C. Hacker
Whatley Drake & Kallas, LLC
2001 Park Place North, Suite 1000
Birmingham, AL 35203
Tel: 205-328-9576

**FILED**

08 AUG 27 PM 2: 53 

FILING
CLERK. U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

GREGORY YOUNG; ODETTA YOUNG;
EDWARD HUYER and CONNNIE HUYER,
on behalf of themselves and all others similarly
situated

              Plaintiff(s),

            v.

WELLS FARGO & CO., and WELLS FARGO
HOME MORTGAGE, INC.

_____Defendant(s). _____/

**CASE NO.** 08-3735 SI

**APPLICATION FOR
ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3,    Sara C. Hacker           , an active member in

good standing of the bar of    the State of Alabama        , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing  Plaintiffs Gregory Young, Odetta Young, Edward Huyer and Connie Huyer    in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action. The name, address and telephone number of

that attorney is:    Kate J. Stoia (Cal Bar No. 183471)
    Reese Richman LLP
    38 Ord Street
    San Francisco, California 94114
    (415) 260-0147

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____8/26/2008_____

                              *Sara C. Hacker*