UNITED STATES DISTRICT COURT
Northern District of California

GREGORY YOUNG; ODETTA YOUNG;
EDWARD HUYER and CONNNIE HUYER,
on behalf of themselves and all others similarly
situated

         Plaintiff(s),

v.

WELLS FARGO & CO., and WELLS FARGO
HOME MORTGAGE, INC.

         Defendant(s).

CASE NO. 08-3735 SI

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Sara C. Hacker, an active member in good standing of the bar of the U.S. District Court, Northern District of Alabama whose business address and telephone number (particular court to which applicant is admitted) is

Sara C. Hacker
Whatley Drake & Kallas, LLC
2001 Park Place North, Suite 1000
Birmingham, AL 35203
Tel: 205-328-9576

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Gregory Young, Odetta Young, Edward Huyer and Connie Huyer.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/28/8

                                      United States District Judge