**REESE RICHMAN LLP**
Michael R. Reese (206773)
michael@reeserichman.com
875 Avenue of the Americas
New York, New York 10001
Telephone: (212) 579-4625
Facsimile: (212) 253-4272

**WHATLEY DRAKE & KALLAS, LLC**
Deborah Clark-Weintraub
dweintraub@wdklaw.com
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

*Counsel for Plaintiffs*
[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GREGORY YOUNG; ODETTA YOUNG; EDWARD HUYER and CONNIE HUYER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO., and WELLS FARGO HOME MORTGAGE, INC.,<br><br>Defendants. | CASE NO. CV 083735 SI<br><br>**DECLARATION OF DEBORAH CLARK-WEINTRAUB IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO WELLS FARGO'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Date:   December 19, 2008<br>Time:    9:00 a.m.<br>Dept.:  Courtroom 10<br>Judge: Hon. Susan Illston<br><br>Trial Date:        Not set<br>Complaint Date:  August 5, 2008 |

I, Deborah Clark-Weintraub, hereby declare as follows:

1. I am an attorney that has been admitted *pro hac vice* to serve as counsel for Plaintiffs in this action. I am a partner with the law firm of Whatley Drake & Kallas, LLC. I submit this declaration based on my own personal knowledge and in support of Plaintiffs'

DECLARATION OF DEBORAH CLARK-WEINTRAUB  Case No. CV 083735 SI

Memorandum and Points of Authorities in Opposition to Wells Fargo's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a).

2. Attached hereto as Exhibit A is a true and correct copy of the cover page from First American Corporation's 2007 Form 10-K.

3. Attached hereto as Exhibit B is a true and correct copy of a page from the Wells Fargo website, last visited on November 26, 2008, titled "Wells Fargo & Company Responsible Servicing Principles for U.S. Residential Real Estate Lending."

4. Attached hereto as Exhibit C is a true and correct copy of the presentation to investors by Mary Coffin, Executive Vice President of Wells Fargo Home Mortgage, dated May 7, 2008.

5. Attached hereto as Exhibit D is a true and correct copy of flight search results from the website www.kayak.com demonstrating that there is a combined total of twelve direct flights per day from New York to San Francisco on United Airlines and American Airlines, and only two direct flights per day to Des Moines, Iowa.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the Wells Fargo 2007 annual report.

7. Attached hereto as Exhibit F are true and correct copies of Federal Court Management Statistics Judicial Caseload Profiles for the Northern District of California and the Southern District of Iowa.

8. Attached hereto as Exhibit G is a true and correct copy of a letter dated October 23, 2008, from Plaintiffs' counsel to Defendants' counsel.

9. Attached hereto as Exhibit H is a true and correct copy of a letter dated November 5, 2008, from Defendants' counsel to Plaintiffs' counsel.

10. Attached hereto as Exhibit I is a true and correct copy of a letter dated November 7, 2008, from Plaintiffs' counsel to Defendants' counsel.

1

DECLARATION OF DEBORAH CLARK-WEINTRAUB  Case No. CV 083735 SI

11. Attached hereto as Exhibit J is a true and correct copy of a letter dated November 10, 2008, from Defendants' counsel to Plaintiffs' counsel.

12. Attached hereto as Exhibit K is a true and correct copy of a letter dated November 11, 2008, from Plaintiffs' counsel to Defendants' counsel.

13. Attached hereto as Exhibit L is a true and correct copy of the draft stipulation concerning discovery that was drafted by Defendants' counsel and circulated to Plaintiffs' counsel on November 14, 2008.

14. Attached hereto as Exhibit M is a true and correct copy of an email exchange on November 17-18, 2008, between Plaintiffs' counsel and Defendants' counsel concerning discovery.

15. Attached hereto as Exhibit N is a true and correct copy of a letter dated November 21, 2008, from Defendants' counsel to Plaintiffs' counsel.

16. Attached hereto as Exhibit O is a true and correct copy of a letter dated November 24, 2008, from Plaintiffs' counsel to Defendants' counsel.

17. Attached hereto as Exhibit P is a true and correct copy of a letter dated November 25, 2008 from Defendants' counsel to Plaintiffs' counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this the 26th day of November, 2008.

    /s/ Deborah Clark-Weintraub
Deborah Clark-Weintraub

2